# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| **Daniel R. Sawyer,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15-cv-00546 |
| | ) | 3:05-cr-00229-RJC-1 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Date of Order Order.

November 23, 2015

Frank G. Johns, Clerk
United States District Court